**No. 47168.**—Protests 802293–G, etc., of Ivan B. Dahl, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.